**ERICK L. GUZMAN**
California Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
erick_guzman@fd.org

Attorneys for Mr. Guzman-Sosa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO GUZMAN-SOSA,<br><br>Defendant. | ) Case No. 08MJ1524-01 (AJB)<br>) Date: June 3, 2008<br>) Time: 1:30 p.m.<br>)<br>) MOTION FOR ORDER SHORTENING TIME<br>)<br>)<br>)<br>)<br>)<br>) |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
W. MARK CONOVER, ASSISTANT UNITED STATES ATTORNEY:

Defendant Sergio Guzman-Sosa, by and through counsel, Erick L. Guzman and Federal Defenders of San Diego, Inc., hereby moves this Court for an order shortening time in which defendant may file his Notice of Motion and Motion to Preserve Evidence. The reason for this application is that defense counsel was just recently appointed as counsel on this case on May 19, 2008.

//

//

//

//

//

A courtesy copy has been provided to Assistant United States Attorney, W. Mark Conover.

Respectfully submitted,

Dated: May 28, 2008

*/s/ Erick L. Guzman*

**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Guzman-Sosa
erick_guzman@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MARK CONOVER**
mark.conover@usdoj.gov; efile.dkt.gc1@usdoj.gov

Dated: May 28, 2008

*/s/ Erick Guzman*

ERICK L. GUZMAN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: erick_guzman@fd.org