UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SERGIO GUZMAN-SOSA, Defendant. | ) | Case No. 08mj1524-01 (AJB) ORDER SHORTENING TIME |

**IT IS HEREBY ORDERED** that time for Defendant to file his Motion in this case be shortened, with the Preliminary Hearing to be held on June 3, 2008 at 1:30 p.m.

**IT IS SO ORDERED**.

DATED: May 29, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court