**ERICK L. GUZMAN**
California State Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: erick_guzman@fd.org

Attorneys for Mr. Guzman-Sosa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 08MJ1524-01 (AJB) |
| Plaintiff, | ) | Date: June 3, 2008 |
| | ) | Time: 1:30 p.m. |
| v. | ) | |
| SERGIO GUZMAN-SOSA, | ) | **NOTICE OF MOTION AND MOTION TO:** |
| | ) | **(1) PRESERVE EVIDENCE.** |
| Defendant. | ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
W. MARK CONOVER, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on June 3, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the accused, Sergio Guzman-Sosa, by and through his attorneys, Erick L. Guzman and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

**MOTION**

Defendant, Mr. Guzman-Sosa, by and through his attorneys, Erick L. Guzman and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Preserve Evidence.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on this motion.

Respectfully submitted,

*/s/ Erick L. Guzman*

Dated: May 29, 2008

**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Guzman-Sosa
erick_guzman@fd.org

**ERICK L. GUZMAN**
California State Bar No. 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Email: erick_guzman@fd.org

Attorneys for Mr. Guzman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE ANTHONY J. BATTAGLIA**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1524-01(AJB) |
| Plaintiff, | ) | |
| v. | ) | STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S AMENDED MOTIONS. |
| SERGIO GUZMAN-SOSA, | ) | |
| Defendant. | ) | |

**I.**

**STATEMENT OF FACTS**[1]

Mr. Guzman was arrested on May 15, 2008, and charged with violating 8 U.S.C. § 1324. Mr. Guzman was arrested in a white Chrysler 300C, VIN # 2CHE66G3XH578213, with California license plate # 6AVG135. According to discovery provided by the government, agents followed the vehicle prior to pulling over Mr. Guzman. Furthermore, there appears to have been communication amongst the agents prior to the vehicle stop. Agents stopped the vehicle, in part, because of clothes that the occupants were wearing and clothes that were dangling form the trunk of the vehicle.

[1] Most of this statement of facts is based on information provided by the government. Mr. Guzman does not admit its accuracy and reserves the right to challenge it at a later time.

## II.

## MOTION TO PRESERVE EVIDENCE

Mr. Guzman has reason to believe that the government possesses evidence that could be crucial for his defense at trial, and therefore, he asks that it be preserved. This includes, but is not limited to, the vehicle seized in this case, any and all of the vehicle's parts, including those which may have been removed or taken off the body of the vehicle, all of the contents of the vehicle, any dispatch tapes pertaining to this case, any handwritten notes pertaining to this case, the clothes that were discovered in the trunk of the vehicle, the clothes that the occupants were wearing at the time of their arrest, and any personal effects taken from Mr. Guzman, and all evidence that could be discoverable under Rule 16.

## III.

## CONCLUSION

For the reasons stated, Mr. Guzman requests that this Court grant his motion.

Respectfully Submitted,

*/s/ Erick L. Guzman*

Dated: May 29, 2008

**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Guzman-Sosa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj1524-01 (AJB) |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| SERGIO GUZMAN-SOSA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motion and Motion has been electronically served this day upon:

W. Mark Conover
U.S. Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: May 29, 2008

*/s/ Erick L. Guzman*

ERICK L. GUZMAN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
erick_guzman@fd.org