2008 JUN -3 PM 2:09

KWH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SERGIO GUZMAN-SOSA (1),<br>KATRINA CUELLAR (2),<br>Defendants. | Criminal Case No. '08 CR 1794 JM<br>I N D I C T M E N T<br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The grand jury charges:

Count 1

On or about May 15, 2008, within the Southern District of California, defendants SERGIO GUZMAN-SOSA and KATRINA CUELLAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Pedro Jimenez-Vazquez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (V)(II).

//

WMC:nlv:San Diego
6/2/08

CR

Count 2

On or about May 15, 2008, within the Southern District of California, defendants SERGIO GUZMAN-SOSA and KATRINA CUELLAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marco Aguilar-Paez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 3, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: W. MARK CONOVER
Assistant U.S. Attorney