UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SERGIO GUZMAN-SOSA**,**<br>Defendant. | ) | CASE NO. 08MJ1524-01 (AJB)<br><br>ORDER TO PRESERVE EVIDENCE |

**IT IS HEREBY ORDERED**:

The Government preserve the following evidence during the pendency of this case: the vehicle seized in this case, any and all of the vehicle's parts, including those which may have been removed or taken off the body of the vehicle, all of the contents of the vehicle and any personal effects taken from Mr. Guzman. Further, that all Government agencies and private contractors having custody of such evidence be notified of this preservation order and that defense counsel and/or their agents and investigators be granted access to the vehicle.

//

//

//

//

The Government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the vehicle, any dispatch tapes pertaining to this case, any handwritten notes pertaining to this case, and all other evidence that could be discoverable under Rule 16, without emergency application to this Court, notice to Mr. Guzman, and an opportunity to respond.

**SO ORDERED.**

DATED: June 3, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court