**ERICK L. GUZMAN**
California Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
erick_guzman@fd.org

Attorneys for Mr. Guzman-Sosa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08CR1794-JM-01 |
| | ) Date: June 17, 2008 |
| | ) Time: 1:30 p.m. |
| Plaintiff, | ) |
| | ) MOTION FOR ORDER SHORTENING TIME |
| v. | ) |
| | ) |
| SERGIO GUZMAN-SOSA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
JEFFREY D. MOORE, ASSISTANT UNITED STATES ATTORNEY:

Defendant Sergio Guzman-Sosa, by and through counsel, Erick L. Guzman and Federal Defenders of San Diego, Inc., hereby moves this Court for an order shortening time in which defendant may file his Notice of Motions and Motions. The reason for this application is that an offer was extended to both defendants in this matter and expected to resolve this case on Thursday, June 12th. On Friday, June 12th, Mr. Guzman-Sosa accepted the offer and signed the plea agreement. However, because this was a package deal, and co-defendant did not accept offer, Defendant Sergio Guzman-Sosa lost the benefit of the offered plea. Mr. Guzman-Sosa did not learn that the co-defendant was rejecting the offer until Monday, June 16.

///

///

///

A courtesy copy has been provided to Assistant United States Attorney, Jeffrey Moore.

Respectfully submitted,

*/s/ Erick L. Guzman*

Dated: June 16, 2008

**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Guzman-Sosa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr1794-JM-01 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| SERGIO GUZMAN-SOSA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Motion for Order Shortening Time has been electronically served this day upon:

Jeffrey D. Moore
U.S. Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: June 16, 2008

*/s/ Erick L. Guzman*

ERICK L. GUZMAN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
erick_guzman@fd.org