UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SERGIO GUZMAN-SOSA,<br><br>Defendants. | Case No. 08cr1794-01 JM<br><br>ORDER SHORTENING TIME [Docket No. 16] |

Upon the request of defense counsel and for good cause being shown, Defendant may file his motions by June 20, 2008.

IT IS SO ORDERED.

DATED: June 20, 2008

Hon. Jeffrey T. Miller
United States District Judge