SCHROTH & SCHROTH
ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile: (619) 233-4516

Attorney for Material Witnesses, Pedro Jimenez-Vasquez, Marco Aguilar-Paez

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
(Hon. Anthony Battaglia)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO GUZMAN-SOSA (1),<br>KATRINA CUELLAR (2),<br><br>Defendants. | Criminal Case No.: 08CR1794 JM<br>Magistrate Case No.: 08MJ1524<br><br>**EX PARTE APPLICATION AND [PROPOSED] ORDER RELEASING MATERIAL WITNESSES** |

Material Witnesses, Pedro Jimenez-Vasquez and Marco Aguilar-Paez**,** (hereafter "Material Witnesses") by and through their counsel, Robert E. Schroth Jr., hereby submit this Ex Parte Application for an Order Releases the Material Witnesses in the above captioned case pursuant to the Court's Order [Docket #27] dated June 24, 2008, on the grounds that on July 1, 2008 the depositions of the material witness were completed and no party having objected to their release.

DATED: July 1, 2008 **SCHROTH & SCHROTH**

By: s/ROBERT E. SCHROTH, JR.
ROBERT E. SCHROTH, JR,
Attorney for Material Witness

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

(Hon. Anthony Battaglia)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO GUZMAN-SOSA (1),<br>KATRINA CUELLAR (2),<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case No.: 08CR1794 JM<br>Magistrate Case No.: 08MJ1524<br><br>**[PROPOSED] ORDER RELEASING MATERIAL WITNESSES** |

**ORDER RELEASING MATERIAL WITNESSES**

On application of Robert E. Schroth, Jr., attorney for the named material witnesses, Pedro Jimenez-Vasquez, Marco Aguilar-Paez; and as their videotaped depositions have been completed pursuant to this Court's Order [Docket #27] dated June 24, 2008, and no party having objected to their release.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that, the heretofore material witnesses, Pedro Jimenez-Vasquez, Marco Aguilar-Paez having been committed to the custody of the United States Marshal as material witnesses, be released as a material witness. The material witness will be remanded to United States Border Patrol and returned to their country of origin immediately.

Dated: ________________

______________________________________
UNITED STATES MAGISTRATE JUDGE