**ERICK L. GUZMAN**
California State Bar No. 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: erick_guzman@fd.org

Attorneys for Mr. Guzman-Sosa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE ANTHONY J. BATTAGLIA**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO GUZMAN-SOSA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 08CR1794-JM-01 (AJB)<br><br>DEFENDANT'S RESPONSE IN OPPOSITION TO MOTION FOR RELEASE OF MATERIAL WITNESSES |

**I.**

**STATEMENT OF FACTS**[1]

The attorney for the material witnesses in the above case has moved for the release of the material witnesses. Mr. Guzman hereby objects.

**II.**

**THE MATERIAL WITNESSES SHOULD NOT BE RELEASED**

There is a grave risk that the material witnesses will not return for trial. Mr. Guzman has a constitutional right to confront his accusers. See Crawford v. Washington 541 U.S. 36

[1] Most of the statement of facts is based on information provided by the government. Mr. Guzman does not admit its accuracy and reserves the right to challenge it at a later time.

(2004). He has a strong interest in securing our systems's preferred method of evidence, *viva voce* testimony. See id.

**III.**

**CONCLUSION**

For the reasons stated, Mr. Guzman requests that this Court deny the motion for release of material witnesses.

Respectfully Submitted,

/s/ *Erick Guzman*

Dated: July 2, 2008

**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Guzman

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**JEFFREY MOORE**
jeffrey.moore@usdoj.gov; efile.dkt.gc1@usdoj.gov
**ROBERT SCHROTH**
robschroth@juno.com

Dated: July 2, 2008

*/s/ Erick Guzman*
ERICK L. GUZMAN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: erick_guzman@fd.org