| | |
|---|---|
| 1 | cal_____ |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No.08cr1794 JM (AJB) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER RELEASING MATERIAL WITNESS |
| SERGIO GUZMAN-SOSA (1), KATRINA CUELLAR (2), | ) ) ) | |
| Defendants. | ) ) | |

**ORDER RELEASING MATERIAL WITNESSES**

On application of Robert E. Schroth, Jr., attorney for the named material witnesses, Pedro Jimenez-Vasquez, Marco Aguilar-Paez; and as their videotaped depositions have been completed pursuant to this Court's Order [Docket #27] dated June 24, 2008, and after overruling the objection of defendant Solis on the record in Court on July3,2008.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that, the heretofore material witnesses, Pedro Jimenez-Vasquez, Marco Aguilar-Paez having been committed to the custody of the

///

///

///

United States Marshal as material witnesses, be released as a material witness. The material witness will be remanded to United States Border Patrol and returned to their country of origin immediately.

IT IS SO ORDERED.

DATED: July 3, 2008

_____
Hon. Anthony J. Battaglia

U.S. Magistrate Judge

United States District Court