**ERICK L. GUZMAN**
California State Bar No. 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erick_guzman@fd.org

Attorneys for Sergio Guzman-Sosa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SERGIO GUZMAN-SOSA,<br>Defendant. | Case No. 08CR1794-JM<br><br>**MOTION FOR ORDER SHORTENING TIME** |

The above-named defendant, by and through counsel, moves this Court for an order shortening time to file a motion to dismiss to August 15, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, for the following reasons:

1) Defense counsel believed the case would settle; and

2) Defense counsel was attempting to obtain a transcript of a hearing in this matter.

Respectfully submitted,

DATED: August 8, 2008

/s/ Erick L. Guzman
**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Sergio Guzman-Sosa

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Gary Edwards
garyedwards01@earthlink.net;

Jeffrey David Moore
Jeffrey.Moore@usdoj.gov,debra.huntley@usdoj.gov,efile.dkt.gc1@usdoj.gov; and

Robert E. Schroth, Jr.
robschrothesq@sbcglobal.net,gershtheman@yahoo.com

Respectfully submitted,

DATED: August 8, 2008

/s/ Erick L. Guzman
**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Sergio Guzman-Sosa