UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SERGIO GUZMAN-SOSA,<br>Defendant. | ) | Case No. 08CR1794-JM<br><br>**ORDER SHORTENING TIME** |

Motion for Order Shortening Time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefor,

**IT IS ORDERED** that the time for filing a motion to dismiss be shortened to August 8, 2008.

**IT IS SO ORDERED.**

DATED: August 8, 2008

Hon. Jeffrey T. Miller
United States District Judge